In the Matter of the Accounting of EVERETT S. HISCOX et al., as Executors of DAVID HISCOX, Deceased, Appellants.

HARRIET M. HUGHES, Respondent.

*Decedent's estate — when question as to title to certain business res adjudicata.*

*Matter of Hiscox*, 206 App. Div. 778, affirmed.

(Argued February 20, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1923, which reversed a decree of the Suffolk County Surrogate's Court denying an application for an order directing the executors of David Hiscox, deceased, to pay to the respondent herein an annuity as provided by his will, to file an amended account and be punished for contempt for theretofore refusing to make such payment. The question was one of title and as to whether the appellants are individually the owners of the business known as the Hiscox Chemical Works, or whether the same and the profits thereof are assets of the estate of David Hiscox. The Appellate Division resolved this question in favor of the petitioner, as a question of law, solely on the ground that a certain interlocutory order made by the surrogate November 30, 1914, is *res adjudicata* of that fact.

*Abel E. Blackmar* and *Alfred W. Varian* for appellants.
*Charles B. Partridge* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CRANE, J.